IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FRANK KESTING, | § | No. 177, 2014 |
| | § | |
| Plaintiff-Below, Appellant, | § | Court Below:  Superior Court |
| | § | of the State of Delaware, in |
| v. | § | and for New Castle County |
| | § | |
| DELAWARE HOTEL | § | C.A. No. N12C-07-180 VLM |
| ASSOCIATES, LP, | § | |
| | § | |
| Defendant-Below, Appellee. | § | |

Submitted:  November 12, 2014
Decided:  November 13, 2014

Before **STRINE**, Chief Justice, **HOLLAND** and **RIDGELY**, Justices.

## O R D E R

This 13th day of November 2014, the Court, having considered this matter on the briefs of the parties, has concluded that this appeal should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Opinion of March 31, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice